7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Rudolph nmn Velasco and Ginger Lee Velasco
*Debtor*

*Bankruptcy Case No.*
14–30374–can7

**DJD Operating LLC d/b/a Bud's Salad**
  Plaintiff(s)

*Adversary Case No.*
14–03016–can

v.

**Rudolph nmn Velasco**
  Defendant(s)

## JUDGMENT

   The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: Judgment is entered in favor of Plaintiff and against Defendant on Count I of Plaintiffs Complaint on the basis of nondischargeability, under 11 U.S.C. §523(a)(2)(A). Debtor Rudolph Velascos debt to Plaintiff pursuant to the Judgment entered December 13, 2011, in the District Court, 162nd Judicial District, Dallas County, Texas, case No. 11–05461–1, is NONDISCHARGEABLE.

Ann Thompson
Court Executive

By: /s/ Jamie McAdams
  Deputy Clerk



Date of issuance: 11/25/14

Court to serve